THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GUILLERMO PEREZ-VERTIZ | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-01378-SDJ-BD |
| | § | |
| JEWEL THURMAN, ET AL. | § | |

**MEMORANDUM ADOPTING THE REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 10, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #16), that Plaintiff's complaint, (Dkt. #3), be dismissed without prejudice and that Plaintiff's motion to appoint counsel, (Dkt. #13), be dismissed as moot.

Having received the Report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's complaint, (Dkt. #3), is **DISMISSED WITHOUT PREJUDICE** and that Plaintiff's motion to appoint counsel, (Dkt. #13), is **DISMISSED** as moot.

**So ORDERED and SIGNED this 29th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE